UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION


ROY ANTHONY SINCLAIR          :          DOCKET NO. 13-cv-1982
    D.O.C. # 560926

VERSUS          :          JUDGE FOOTE


N. BURL CAIN          :          MAGISTRATE JUDGE KAY


## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE this 24th day of _AUGUST_, 2016.


_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE